1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   Meghan E. George (SBN 274525)
3  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
   324 S. Beverly Dr., #725
4  Beverly Hills, CA 90212
5  Phone: 877-206-4741
   Fax: 866-633-0228
6  tfriedman@toddflaw.com
7  abacon@toddflaw.com
   mgeorge@toddflaw.com
8  *Attorneys for Plaintiff*
9
                    **UNITED STATES DISTRICT COURT**
10                  **CENTRAL DISTRICT OF CALIFORNIA**
11
                                     )  Case No.: 8:16-cv-01040-DOC-DFM
12 JASON ALAN, individually and on    )
   behalf of all others similarly situated,  )
13                                    )  **PLAINTIFF      JASON      ALAN'S**
                                      )  **NOTICE OF SPECIAL MOTION**
14 Plaintiff,                         )  **TO STRIKE PER CCP § 425.16**
                                      )
15     vs.                            )  **Hon.  David O. Carter**
                                      )  **Date:   October 3, 2016**
16                                    )  **Time:  8:30 a.m.**
17 BRANDREP INC., and DOES 1          )  **Place: Courtroom 9D**
   through 10, inclusive, and each of them,)          **411 West Fourth Street,**
18                                    )          **Santa Ana, CA 92701-4516**
19 Defendant.                         )
   _____)
   BRANDREP, INC., on behalf of itself )
20 and all others similarly situated, and )  **ORAL ARGUMENT REQUESTED**
   ROES 1 through 100,                )
21                                    )
22                                    )
   Cross-Complainant,                 )
23                                    )
24 Vs                                 )
                                      )
25                                    )
   JASON ALAN, an Individual, and     )
26 Does 1 through 50 inclusive,       )
                                      )
27                                    )
   Cross-Defendants                   )
28 _____)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that on or about October 3, 2016, at 8:30 a.m., before the Honorable David O Carter of the United States District Court, Central District of California, Courtroom 9D, located at 411 W 4th St, Santa Ana, CA 92701, Plaintiff Jason Alan ("Plaintiff") will move this Court for an order granting Plaintiff's Motion to Strike against Defendant BrandRep, Inc. ("Defendant") pursuant to CCP § 425.16, concerning Defendant's cross-complaint against Plaintiff .

This Motion is made pursuant to the Fed. R. Civ. P. 12(b)(6) and CCP § 425.16 on the grounds that Defendant's cross-complaint impairs and chills Plaintiff's right to Petition, under the United States Constitution, and is an unadorned example of a Strategic Lawsuit Against Public Participation that anti-SLAPP laws exist to prohibit.   This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the declarations and exhibits thereto, the Complaint, all other pleadings and papers on file in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter.

Date: August 31, 2016                 Respectfully submitted,

**Law Offices of Todd M. Friedman, P.C.**

By:/s/ Adrian R. Bacon
      Adrian R. Bacon, Esq.
      Todd M. Friedman, Esq.
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Filed electronically on this 31st day of August, 2016, with:

United States District Court CM/ECF system

Notification sent electronically on this 31st day of August, 2016, to:

Honorable Judge David O Carter
United States District Court
Central District of California

George C. Hutchinson
LEGAL SOLUTIONS 2 U, APC

s/Adrian R. Bacon
Adrian R. Bacon