**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 16-1040-DOC (DFM)                    Date: September 23, 2016

Title: JASON ALAN V. BRANDREP INC.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING AS UNOPPOSED PLAINTIFF'S MOTION TO STRIKE AND PLAINTIFF'S MOTION TO DISMISS [15, 16]**

Plaintiff filed a Motion to Strike Per California Code of Civil Procedure § 425.16 (Dkt. 15) on August 31, 2016. That same day, Plaintiff also filed a Motion to Dismiss Defendant Breandrep, Inc.'s Cross Complaint (Dkt. 16). Defendant has not filed any opposition. Accordingly, pursuant to Local Rule 7-12, the motions are hereby GRANTED AS UNOPPOSED. The hearing set for October 3, 2016 is vacated.

Pursuant to California Code of Civil Procedure § 425.16(c)(1), the Court awards Plaintiff his attorney's fees and costs for having to respond to the Cross Complaint. Plaintiff may file an application for fees and costs with the Court **on or before October 21, 2016.**

The Clerk shall serve this minute order on the parties.