UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| **JASON ALAN,** Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **BRANDREP INC.,** Does 1-10 inclusive, and each of them**,** <br><br> Defendant. | Case No. 8:16-cv-01040-DOC-DFM <br><br> **ORDER [41]** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties, all claims alleged in the Complaint and Cross-Complaint in this matter are dismissed with prejudice as to the parties' individual claims, and without prejudice as to the Putative Class claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and expenses.

    Dated this 17TH day of March, 2017.

*David O. Carter*
_____
David O. Carter
U.S. District Judge

Order to Dismiss - 1